AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:05
RECEIVED MAR 19 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00139 |
|  | ) Assigned To : Kelly, Timothy J. |
| JERMAINE HORNE | ) Assign. Date : 3/19/2024 |
|  | ) Description: Indictment (B) |
|  | ) Related Case: 24-88 (TJK) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JERMAINE HORNE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl, Fifty Grams or More of Methamphetamine, and Five Hundred Grams or More of Cocaine;
21 USC § 846 - Attempted Possession with Intent to Distribute Fifty Grams or More of Methamphetamine;
21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Buprenorphine;
18 USC § 371 - Conspiracy to Commit an Offense Against the United States;
FORFEITURE:  21 USC § 853(a) and (p)

Date:  03/19/2024

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.        G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/19/24 , and the person was arrested on *(date)* 3/~~21~~ 3/22/24
at *(city and state)* HYATTSVILLE, MD

Date: 3/22/24

*Arresting officer's signature*

STEVEN WEATHERHEAD, FBI
*Printed name and title*